CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
OCT 3 1 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MELVIN CORNNELL DODSON, ) | Civil Action No. 7:08-cv-00566 |
|    Petitioner, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DEPT. OF CORRECTIONS, ) | By: Jackson L. Kiser |
|    Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; all other pending motions are hereby **DENIED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 31st day of October, 2008.

          /s/ Jackson L. Kiser
          Senior United States District Judge